UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARTIN J. WALSH,<br>Secretary of Labor,<br>United States Department of Labor, | )<br>)<br>)<br>) | CASE NO. |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| CARING HANDS UNITED, INC. | )<br>)<br>) | **COMPLAINT**<br>**(Injunctive Relief Sought)** |
| Defendant. | ) | |

Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Plaintiff") brings this action pursuant to § 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., hereinafter the "Act", to have Defendant Caring Hands United Inc. ("Defendant") enjoined from violating the provisions of §§ 7 and 11 of the Act; and, pursuant to § 16(c) of the Act, 29 U.S.C. § 216(c), to recover unpaid wages, together with an equal amount as liquidated damages.

I

This Court has jurisdiction over this action pursuant to §§ 16(c) and 17 of the Act and 28 U.S.C. §§ 1331 and 1345.

II

Defendant Caring Hands United Inc. is a Georgia corporation having a place of business and doing business in Tucker, Georgia.

III

At all times hereinafter mentioned:

A. Defendant, engaged in related activities performed either through unified operation or common control for a common business purpose, constitutes an enterprise within the meaning of § 3(r) of the Act, 29 U.S.C. § 203(r); and

B. Such enterprise, employing employees engaged in commerce or in the production of goods for commerce, or employees handling, selling or otherwise working on goods or materials that have been moved in or produced for commerce; and having an annual gross volume of sales made or business done of not less than $500,000 (exclusive of excise taxes at the retail level which are separately stated), constitutes an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of § 3(s)(1)(A) of the Act, 29 U.S.C. § 203(s)(1)(A).

C. Defendant employed health care workers who provide care services in clients' homes. Defendant compensated its employees at an hourly

wage rate but did not compensate employees at 150% of that wage rate for hours worked over 40 in a workweek.

IV

Defendant violated the provisions of §§ 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), by employing employees in an enterprise engaged in commerce or in the production of goods for commerce, for workweeks longer than 40 hours without compensating such employees for their employment in excess of such hours at rates not less than one and one-half times the regular rates at which they were employed.

V

Defendant, an employer subject to the provisions of the Act, violated the provisions of §§ 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), and Regulations found at 29 C.F.R. § 516 by failing to make, keep and preserve adequate and accurate records of the persons employed and of the wages, hours and other conditions and practices of employment maintained by them, as prescribed in the aforesaid Regulations.

VI

WHEREFORE, cause having been shown, Plaintiff prays for Judgment:

    A.    Pursuant to § 17 of the Act, 29 U.S.C. § 217, permanently enjoining Defendant, its agents, servants, employees and all persons in active concert or participation with him from violating the provisions of §§ 7, 11(c), 15(a)(2) and 15(a)(5) of the Act;

    B.    Pursuant to § 16(c) of the Act, 29 U.S.C. § 216(c), awarding back wages for a period of two years prior to the commencement of this action and an additional equal amount as liquidated damages to employees (as named in Appendix "A" attached hereto and made a part hereof and such other employees as hereafter may be identified and named prior to or at trial);

    C.    And for such other and further relief as may be necessary and appropriate including costs of this action.

Respectfully submitted this 7th day of July, 2021.

| | |
|---|---|
| <u>ADDRESS</u>: | ELENA S. GOLDSTEIN<br>Acting Solicitor of Labor |
| Office of the Solicitor<br>U. S. Department of Labor<br>61 Forsyth Street, S.W.<br>Room 7T10<br>Atlanta, GA  30303 | TREMELLE I. HOWARD<br>Regional Solicitor<br><br>ROBERT L. WALTER<br>Counsel |
| Telephone:<br> (404) 302-5489<br> (404) 302-5438 (FAX) | By: <u>*Jeremy K. Fisher*</u><br>     JEREMY K. FISHER<br>     Senior Trial Attorney<br>     GA Bar No. 132008 |
| Email:<br>fisher.jeremy.k@dol.gov<br>atl.fedcourt@dol.gov | Office of the Solicitor<br>U.S. Department of Labor<br>Attorneys for Plaintiff. |
| SOL Case No. 21-00211 | |